James A. Hand, appellant,

*v.*

The Mayor and Common Council of Jersey City, respondents.

On appeal from a decree of the chancellor, whose opinion is reported in *Hand* v. *Startup, 11 Stew. Eq. 115*.

*Mr. James B. Vredenburgh*, for appellant.

*Mr. Allan L. McDermott*, for respondents.

Per Curiam.

This decree unanimously affirmed, for the reasons given by the chancellor.

---

Ruth P. C. Porter, appellant,

*v.*

Elizabeth Osmun, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Osmun* v. *Porter, 12 Stew. Eq. 141*.

*Mr. J. G. Shipman*, for appellant.

*Mr. John Linn*, for respondent.

Per Curiam.

This decree unanimously affirmed, for the reasons given by the chancellor.